IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RODERICK DEMARIUS FREEMAN**                                           **PLAINTIFF**
*ADC #153597*

v.                              CASE NO. 2:23-CV-00124-BSM

**ANDRE S. HARPER,**
**Correctional Officer/Deputy,**
**Crittenden County Sheriff Office,** *et al.*                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 28th day of September, 2023.

_____
UNITED STATES DISTRICT JUDGE